Mark E. Ellis - 127159
Andrew M. Steinheimer – 200524
Justin J. Schnitzler -- 240966
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
ESKANOS & ADLER

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF NORTHERN DISTRICT FOR THE STATE OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSARIO L. FERNANDEZ, an Individual,<br><br>  Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, a Professional Corporation, and DOES One through Twenty,<br><br>  Defendants. | Case No.: C062070<br><br>MOTION TO APPEAR TELEPHONICALLY<br><br>Date: July 21, 2006<br>Time: 2:00 p.m.<br>Location: Courtroom 10, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA<br>Judge: The Hon. Susan Ilston |

Justin J. Schnitzler, attorney for Defendant ESKANOS & ADLER, requests permission to appear by telephone at the Case Management Conference scheduled in this matter. Mr. Schnitzler's office is located in Sacramento, some ninety miles from the Court.

Dated: July 13, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Justin J. Schnitzler
Attorneys for Defendant
ESKANOS & ADLER, P.C.

- 1 -

Motion To Appear Telephonically

1  The Court hereby grants the requests for Defendant to appear at the above-mentioned hearing
2  telephonically. **IT IS SO ORDERED**
3
4  Date: _____

*Susan Ilston* (signature)
The Honorable Susan Ilston

- 2 -

Motion To Appear Telephonically