Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
ESKANOS & ADLER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSARIO L. FERNANDEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, a Professional Corporation, and DOES One through Twenty,<br><br>Defendants. | Case No.: C062070<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE ADR DEADLINE** |

WHEREAS, the current deadline for completion of the ADR session in this case is October 13, 2006. The parties have agreed to participate in arbitration but cannot complete the arbitration by the deadline of October 13, 2006. The parties cannot complete the arbitration by that date due to the witnesses' schedules and documents that need to be coordinated and exchanged prior to the arbitration. Additionally, there are outstanding discovery issues which the parties feel need to be resolved before the arbitration. Finally, the preparation of this case has been somewhat delayed given the plaintiff's bankruptcy filing and the fact that this case was stayed until the bankruptcy court approved plaintiff to proceed with this action.

The parties have informed the arbitrator of the need for more time and have notified him that they are making this request.

- 1 -

STIPULATION AND PROPOSED ORDER TO CONTINUE ADR DEADLINE

1  THEREFORE, the parties signing below hereby stipulate to extend the ADR completion
2  deadline 60-days so that ADR can be completed on or before December 12, 2006.
3  IT IS SO STIPULATED.
4  Dated: September 27, 2006                    MURPHY, PEARSON, BRADLEY & FEENEY
5
6
7                                              By _____
                                                  Andrew M. Steinheimer
                                                  Attorneys for Defendant
8                                                 ESKANOS & ADLER
9  Dated: September 27, 2006                    THE BERG LAW GROUP
10                                              By _____
                                                  Irving Berg
11                                                Attorney for Plaintiff
                                                  ROSARIO FERNANDEZ
12
13                                        ORDER
14
15      Pursuant to the stipulation of the parties, it is hereby ordered that the deadline be extended 60-
16  days and ADR be completed no later than December 12, 2006.
17  IT IS SO ORDERED.
18  Dated: _____                      _____
19                                              United States District Court Judge
20  AMS.10341503.doc
21
22
23
24
25
26
27
28

- 2 -

STIPULATION AND PROPOSED ORDER TO CONTINUE ADR DEADLINE

1  THEREFORE, the parties signing below hereby stipulate to extend the ADR completion
2  deadline 60-days so that ADR can be completed on or before December 12, 2006.
3  IT IS SO STIPULATED.

4  Dated: September 27, 2006                MURPHY, PEARSON, BRADLEY & FEENEY

6                                           By _____
                                             Andrew M. Steinheimer
7                                            Attorneys for Defendant
                                             ESKANOS & ADLER
8
9  Dated: September ____, 2006              THE BERG LAW GROUP

10                                          By _____
                                             Irving Berg
11                                           Attorney for Plaintiff
                                             ROSARIO FERNANDEZ
12

13                                          **ORDER**
14
15  Pursuant to the stipulation of the parties, it is hereby ordered that the deadline be extended 60-
16  days and ADR be completed no later than December 12, 2006.
17  IT IS SO ORDERED.
18  Dated: _____           _____
19                                          United States District Court Judge
20  AMS.10341503.doc

- 2 -

STIPULATION AND PROPOSED ORDER TO CONTINUE ADR DEADLINE: