Gregory A. Bastian - 089024
William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
ESKANOS & ADLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSARIO L. FERNANDEZ, an Individual, | Case No.: C062070 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| ESKANOS & ADLER, a Professional Corporation, and DOES One through Twenty, | |
| Defendants. | |

Defendant ESKANOS & ADLER hereby substitutes Mark E. Ellis of the Law Offices of ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916) 283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of MURPHY, PEARSON, BRADLEY & FEENEY LLP, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300; Facsimile: (916) 565-1636.

I consent to this substitution.

Dated: 10-9-06

_____
ESKANOS & ADLER
Defendant

- 1 -

SUBSTITUTION OF ATTORNEY

I consent to this substitution.

Dated: 9/29/06

ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER

MARK E. ELLIS
New Attorney for Defendant
ESKANOS & ADLER

I consent to this substitution.

Dated: 9-29-06

MURPHY, PEARSON, BRADLEY & FEENEY

WILLIAM A. MUNOZ
Former Attorneys for Defendant
ESKANOS & ADLER

FDW.10340435.doc

**GRANTED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Irving L. Berg<br>The Berg Law Group<br>433 Town Center, PMB 493<br>Corte Madera, CA 94925 | Attorney For Plaintiff<br>ROSARIO L. FERNANDEZ |
| Mark E. Ellis<br>Ellis, Coleman, Poirier, La Voie & Steinheimer<br>555 University Avenue, Suite 200 East<br>Sacramento, CA 95825 | Attorneys For Defendant<br>ESKANOS & ADLER |

DATED this 12th day of October.