1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  Susanne B. Berg (SBN 236468)
   2443 Fillmore Street, #162
6  San Francisco, CA 94115
   (415) 738-6365
7  (415) 738-2302 (Fax)
   berglaw@gmail.com (e-mail)
8
   ATTORNEYS FOR PLAINTIFF
9  ROSARIO L. FERNANDEZ

10

11

12

13              UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 | ROSARIO L. FERNANDEZ, an individual, | Case No.: C 06-2070 SI
18 |         Plaintiff,                    | **STIPULATION FOR ORDER**
19 | v.                                    | **CONTINUING CASE MANAGEMENT**
   |                                       | **CONFERENCE**
20 | ESKANOS & ADLER, a professional       |
   | corporation, and Does One through Twenty, | Date: December 15, 2006
21 |                                       | Time: 2:30 p.m.
   |         Defendants.                   | Place: Courtroom 10, 19th Floor
22 | _____ /| Judge: Susan Illston

23      The parties hereto stipulate to continuing the Case Management Conference set for

24 December 15, 2006, to February 16. 2007, 2:30 p.m.

25 / //

26 / / /

27 / / /

28

STIPULATION AND ORDER           .                         CASE NO.: C 06-2070 SI
FERNANDEZ v. ESKANOS & ADLER *et al.*        1

Dated: <u>December 11, 2006</u>  /s/

Irving L. Berg
Susanne B. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEYS FOR PLAINTIFF

Dated: <u>December 11, 2006</u>  /s/
Andrew Steinheimer, Esq.
ELLIS, COLEMAN, POIRIER, LAVOIE &
STEINHEIMER
555 University Avenue, Suite 200 East
Sacramento, CA  95825
 (916) 283-8820
 (916) 283-8821) (Fax)

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

United States District Court Judge

STIPULATION AND ORDER                                      CASE NO.: C 06-2070 SI
FERNANDEZ v. ESKANOS & ADLER *et al.*         2