IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO L. FERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ESKANOS & ADLER, et al.<br><br>    Defendant.<br>_____ / | No. C 06-02070 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

    Plaintiff Rosario L. Fernandez has moved to dismiss her complaint with prejudice on the grounds that her physical and emotional conditions preclude further litigation. Hearing on the motion is currently scheduled for January 26, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is appropriate for resolution without oral argument, and VACATES the hearing. As set forth below, the Court GRANTS plaintiff's motion to dismiss her complaint.

    In the declaration submitted in support of her motion to dismiss, plaintiff also requests that each side bear its own cost and fees. *See* Declaration of Irving Berg in Support of Motion to Dismiss Complaint ¶ 10. Defendant agrees that the case should be dismissed with prejudice, but argues that plaintiff's cost request is premature. The Court agrees with defendant and GRANTS plaintiff's unopposed motion to dismiss, but declines to rule on the substantive issue of costs and fees.

    According to the Local Rules for the Northern District of California, the prevailing party has 14 days after entry of judgment to serve and file a bill of costs. N.D. CAL. CIV. L. R. 54-1. Only then can a party against whom costs are claimed object to the costs stated on the bill. N.D. CAL. CIV. L. R. 54-2(a). The Local Rules also require that the parties meet and confer on the issue of costs in an effort to extrajudicially resolve their disagreement. N.D. CAL. CIV. L. R. 54-2(b). In regards to attorney's fees,

the Local Rules also set forth a specific procedure for their request. See N.D. CAL. CIV. L. R. 54-6. Motions for attorney's fees must be served and filed within 14 days of entry of judgment, before which the parties must meet and confer for the purpose of resolving all disputes related to the fees. N.D. CAL. CIV. L. R. 54-6(a).

The Court agrees with defendant that, based on the Local Rules discussed above, plaintiff's request regarding costs and fees is premature. Only the prevailing party (in this case, defendants) has the power to raise the issue of costs and fees. This power is only operable after entry of judgement, and after the parties have adequately met and conferred. Plaintiff cites no authority to the contrary. Defendant has not yet been given the opportunity to follow the proper procedure for requesting costs or attorney's fees as set forth in the Local Rules. The Court therefore withholds judgment on the issue of costs and fees unless and until the parties follow the proper procedure.

The Court hereby GRANTS plaintiff's motion to dismiss her complaint with prejudice. (Docket No. 30).

**IT IS SO ORDERED.**

Dated: January 24, 2007

SUSAN ILLSTON
United States District Judge