**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO L. FERNANDEZ, | No. C 06-02070 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ESKANOS & ADLER, | |
| Defendant. | |

In accordance with the Court's Order of January 24, 2007, judgment is hereby entered.

**IT IS SO ADJUDGED.**

Dated: January 24, 2007

SUSAN ILLSTON
United States District Judge